THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.*
WILLIAM STERN, Respondent.

*Appeal — reversal by Appellate Division of judgment of conviction and
grant of new trial in exercise of discretion and in furtherance of the
interests of justice — appeal therefrom dismissed.*

*People* v. *Stern*, 201 App. Div. 687, appeal dismissed.
(Argued October 22, 1923; decided November 20, 1923.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered
June 16, 1922, which reversed a judgment of the Court
of General Sessions of the Peace in the county of New
York, rendered upon a verdict convicting the defendant
of the crime of manslaughter in the first degree and
granted a new trial.

*Joab H. Banton, District Attorney (Robert C. Taylor* of counsel), for appellant.

*Theodore H. Lord* for respondent.

Appeal dismissed; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.